ORIGINAL

JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Castellanos

FILED
06 OCT 18 AM 10:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06cr0282-DMS |
| Plaintiff, ) | |
| ) | JOINT MOTION TO AMEND |
| v. ) | CONDITIONS OF PROBATION |
| ) | AND ORDER THEREON |
| MICHAEL CASTELLANOS, ) | |
| Defendant. ) | |

Defendant, Mr. Castellanos, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the consent of the Assistant United States Attorney and United States Probation Officer assigned to his case, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to amend conditions of probation imposed by this Court on August 25, 2006.

//
//
//

1  Mr. Castellanos requests that the Court permit him to travel to the Central District of
2  California beginning October 20, 2006 until and through October 22, 2006 in order for him to attend his
3  sister's wedding in the Big Bear, California area. In addition, Mr. Castellanos requests that the Court allow
4  probation to remove the electronic monitoring device for that time period as well with it to be replaced
5  thereafter as ordered by probation.

Respectfully submitted,

Dated: October 16, 2006

**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Castellanos

Dated: 10/16/06

**ANNALOU T. TIROL**
Assistant United States Attorney

Dated: 10-16-06

**ALICIA A. CATANZARITA**
Assistant United States Probation Officer

**IT IS SO ORDERED.**

Dated: 10-18-06

**HONORABLE DANA M. SABRAW**
UNITED STATES DISTRICT JUDGE

06cr0282-DMS